**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER, ET AL., | No. C 02-02708 (JCS) |
| Plaintiff(s), | **ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| US FOREST SERVICE, | |
| Defendant(s). | |
| _____/ | |

On July 25, 2005, the parties filed a Joint Status Report.  Plaintiffs requested that the status conference, currently set for July 29, 2005, at 1:30 p.m., be rescheduled to a date in September.

IT IS HEREBY ORDERED that the telephonic status conference shall be continued to **September 9, 2005, at 1:30 p.m.**   The parties shall file an updated Joint Status Report by **September 2, 2005.**

IT IS SO ORDERED.

Dated:  July 27, 2005

/s/ Joseph C. Spero_____
JOSEPH C. SPERO
United States Magistrate Judge