1  Kelly A. Johnson
   Acting Assistant Attorney General
2  Environment and Natural
    Resources Division
3  U.S. Department of Justice

4  Cynthia S. Huber
   Senior Attorney
5  General Litigation Section
   Environment and Natural
6   Resources Division
   U.S. Department of Justice
7  P.O. Box 663
   Washington, D.C. 20044-0663
8  Telephone: 202-514-5273
   Facsimile: 202-305-0274
9
   Kevin V. Ryan (SBN 118321)
10 United States Attorney
   Charles M. O'Connor (SBN 56320)
11 Assistant United States Attorney
   Northern District of California
12 450 Golden Gate Avenue
   San Francisco, CA 94102
13 Telephone: 415-436-7180

14 Attorneys for Defendant United
   States Forest Service
15
                    IN THE UNITED STATES DISTRICT COURT
16
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
17

18
   ENVIRONMENTAL PROTECTION      )    Civil No. C02-2708 JCS
19 INFORMATION CENTER, and       )
   AMERICAN LANDS ALLIANCE,      )    STIPULATION TO
20                               )    EXTEND TIME TO FILE
              Plaintiffs,        )    DEFENDANT'S RESPONSE
21                               )    ON REMEDY PROCESS;
                                 )    [PROPOSED] ORDER
22                               )
   UNITED STATES FOREST SERVICE, )
23                               )
              Defendant.         )
24 _____ )

25

26

27

28

Stipulation/Order for Extension

1   Pursuant to the Court's Order of September 12, 2005, the parties are to file briefs on the
2   proposed procedure for resolution of the issues related to compliance. Plaintiffs filed their brief
3   on September 23, 2005. Defendant's response is due on October 7, 2005. Counsel for
4   Defendants had business travel part of last week and will be on travel for a court conference in
5   another matter on October 6 and 7, 2005. Defendant requested and Plaintiffs have agreed to a
6   short extension of the date for filing of the response. The extension will not affect any other
7   deadlines since the Court has indicated it will make the decision on process without the benefit
8   of oral argument. Therefore, Plaintiffs and Defendant do hereby stipulate and agree that:

   1. Defendant may extend the date for filing its Response on Remedy Process to and
including October 13, 2004.

                                        Respectfully Submitted,

                                        Kelly A. Johnson
                                        Acting Assistant Attorney General
                                        Environment and Natural Resources
                                          Division

                                        __/s/_____
                                        Cynthia S. Huber
                                        Senior Attorney
                                        General Litigation Section
                                        Environment and Natural Resources
                                          Division
                                        U.S. Department of Justice
                                        P.O. Box 663
                                        Washington, D.C. 20044
                                        (202) 514-5273

                                        Kevin V. Ryan (SBN 118321)
                                        United States Attorney
                                        Northern District of California

                                        Charles M. O'Connor (SBN 56320)
                                        Assistant United States Attorney
                                        Northern District of California
                                        450 Golden Gate Avenue
                                        P.O. Box 36055
                                        San Francisco, CA 94102
                                        (415) 436-7180

                                        Attorneys For Defendant

Stipulation/Order for Extension                - 2 -

1  /s/ (as authorized on 10/3/05)
Deborah A. Sivas (CSB No. 135446)
2 Holly D. Gordon
Stanford Law School
3 Environmental Law Clinic
559 Nathan Abbott Way
4 Crown Quadrangle
Stanford, CA 94305
5 Ph: (650) 725-4217

6 Attorneys for Plaintiffs ENVIRONMENTAL
PROTECTION INFORMATION CENTER, and
7 AMERICAN LANDS ALLIANCE

10 IT IS SO ORDERED.

11 Dated:  October 5, 2005

   _____
12 Hon. Joseph C. Spero
United States Magistrate Judge

Stipulation/Order for Extension                 - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2004, I caused a copy of "Stipulation to Extend Time to File Defendant's Response on Remedy Process; Proposed Order" to be served by ECF electronic filing on the following:

> Deborah A. Sivas
> Holly D. Gordon
> Stanford Law School
> Environmental Law Clinic
> 559 Nathan Abbott Way
> Crown Quadrangle
> Stanford, CA 94305

　　　　　　　　　　　　　　　　　　　____/s/_____
　　　　　　　　　　　　　　　　　　　Cynthia S. Huber
　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　United States Forest Service