UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION,<br><br>    Plaintiff(s),<br><br>  v.<br><br>US FOREST SERVICE,<br><br>    Defendant(s).<br>_____/ | No. C-02-02708 JCS<br><br>**ELECTRONIC CASE FILING ORDER** |

This case is hereby designated for the Court's Electronic Case Filing (ECF) Program. Pursuant to General Order 45, each attorney of record is obligated to become an ECF user and be assigned a user ID and password for access to the system. All documents required to be filed with the Clerk shall be filed electronically on the ECF website, except as provided otherwise in section VII of General Order 45 or authorized otherwise by the Court. (Instructions for creating PDF files can be found in the tutorial at the Court's ECF website – www.ecf.cand.uscourts.gov.)

In all "e-filing" cases, when filing papers in connection with any motion for determination by a judge, the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by the close of the next Court day following the day the papers are electronically filed. These printed copies shall be marked "Chambers Copy" and shall be submitted directly to Magistrate Judge Spero's chambers in an envelope clearly marked with the judge's name, case number and "E-Filing Chambers Copy." Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

IT IS SO ORDERED.

Dated: November 18, 2005

_____
JOSEPH C. SPERO
United States Magistrate Judge