1  Sue Ellen Wooldridge
   Assistant Attorney General
2  Environment and Natural
    Resources Division
3  U.S. Department of Justice

4  Cynthia S. Huber
   Senior Attorney
5  Natural Resources Section
   Environment and Natural
6   Resources Division
   U.S. Department of Justice
7  P.O. Box 663
   Washington, D.C. 20044-0663
8  Telephone: 202-514-5273
   Facsimile: 202-305-0274
9  cynthia.huber@usdoj.gov

10 Kevin V. Ryan (SBN 118321)
   United States Attorney
11 Charles M. O'Connor (SBN 56320)
   Assistant United States Attorney
12 Northern District of California
   450 Golden Gate Avenue
13 San Francisco, CA 94102
   Telephone: 415-436-7180

14
   Attorneys for Defendant United
15 States Forest Service

16                     IN THE UNITED STATES DISTRICT COURT

17                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

19 ENVIRONMENTAL PROTECTION        )   Civil No. C02-2708 JCS
   INFORMATION CENTER, and         )
20 AMERICAN LANDS ALLIANCE,        )   STIPULATION TO
                                   )   EXTEND TIME TO FILE
21             Plaintiffs,         )   DEFENDANT'S RESPONSE
                                   )   ON FURTHER REMEDY
22                                 )   BRIEFING;
                                   )   [PROPOSED] ORDER
23 UNITED STATES FOREST SERVICE,   )
                                   )
24             Defendant.          )
   _____ )

25

26

27

28

Stipulation/Order for Extension

1  Pursuant to the Court's Order of November 17, 2005, the parties are to file further
2  briefing concerning remedy and compliance issues.  Plaintiffs will file their opening brief on
3  December 16, 2005.  Defendant's response is due on January 20, 2006, with Plaintiffs' reply due
4  on February 3, 2006.  Counsel for Defendant has requested Plaintiff to agree to a short extension
5  of the date for Defendant's response because of another brief due on January 13th as well as the
6  need to attend negotiations in another matter involving many parties set for January 20th.
7  Plaintiffs are amenable to an extension of the schedule.

8  The hearing is set for February 17, 2006.  The proposed extension will affect the hearing
9  date since the final reply would be filed less than fourteen (14) days before the hearing.  To
10 ensure the Court has adequate time to review the filings, the hearing date would also have to be
11 extended.  Given the Court's schedule, the next available hearing date is March 3, 2006.  The
12 Plaintiffs are willing to agree to reschedule the hearing to March 3, 2006, but do not want the
13 hearing postponed further.  Therefore, Plaintiffs and Defendant do hereby stipulate and request
14 that:

15  1. The date by which Defendant may file its Response on Further Remedy Briefing be
16 extended to and including January 27, 2006.

17  2. The date by which Plaintiffs may file their Reply be extended to on or before
18 February 17, 2006.

19  3. The hearing set for February 17, 2006 be vacated and rescheduled for ~~March 3, 2006~~ March 10, 2006.

Respectfully Submitted,

Sue Ellen Wooldridge
Assistant Attorney General
Environment and Natural Resources
 Division

 \_\_/s/_____
Cynthia S. Huber
Senior Attorney
Natural Resources Section
Environment and Natural Resources
 Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044

Stipulation/Order for Extension             - 2 -

```
                                    (202) 514-5273
                                    Cynthia.huber@usdoj.gov

                                    Kevin V. Ryan (SBN 118321)
                                    United States Attorney
                                    Northern District of California

                                    Charles M. O'Connor (SBN 56320)
                                    Assistant United States Attorney
                                    Northern District of California
                                    450 Golden Gate Avenue
                                    P.O. Box 36055
                                    San Francisco, CA 94102
                                    (415) 436-7180

                                    Attorneys For Defendant


                                      /s/ (as authorized on 12/9/05)
                                    Deborah A. Sivas (CSB No. 135446)
                                    Holly D. Gordon
                                    Stanford Law School
                                    Environmental Law Clinic
                                    559 Nathan Abbott Way
                                    Crown Quadrangle
                                    Stanford, CA 94305
                                    Ph: (650) 725-4217

                                    Attorneys for Plaintiffs ENVIRONMENTAL
                                    PROTECTION INFORMATION CENTER, and
                                    AMERICAN LANDS ALLIANCE
```

IT IS SO ORDERED, AS MODIFIED BY THE COURT.

Dated: December 13, 2005                  _____
                                          Hon. Joseph C. Spero
                                          United States Magistrate Judge

Stipulation/Order for Extension            - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2004, I caused a copy of "Stipulation to Extend Time to File Defendant's Response on Further Remedy Briefing; Proposed Order" to be served by ECF electronic filing on the following:

> Deborah A. Sivas
> Holly D. Gordon
> Stanford Law School
> Environmental Law Clinic
> 559 Nathan Abbott Way
> Crown Quadrangle
> Stanford, CA 94305

_____/s/_____
Cynthia S. Huber
Counsel for Defendant
United States Forest Service

Stipulation/Order for Extension — - 4 -