Sue Ellen Wooldridge
Assistant Attorney General
Environment and Natural
 Resources Division
U.S. Department of Justice

Cynthia S. Huber
Senior Attorney
Natural Resources Section
Environment and Natural
 Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-514-5273
Facsimile: 202-305-0274
cynthia.huber@usdoj.gov

Kevin V. Ryan (SBN 118321)
United States Attorney
Charles M. O'Connor (SBN 56320)
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415-436-7180

Attorneys for Defendant United
States Forest Service

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER, and AMERICAN LANDS ALLIANCE, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, <br><br> Defendant. | Civil No. C02-2708 JCS <br><br> DEFENDANT'S REQUEST FOR CASE MANAGEMENT CONFERENCE |

Def's Request for Case Management Conf.

On April 6, 2006, this Court issued its Order re Compliance ("Order"). Docket No. 103. The Court concluded that the Forest Service had failed to comply with the Court's September 2003 Liability Order. *Id.* at 6. The Court went on to order the Forest Service to complete an environmental assessment ("EA") or environmental impact statement ("EIS") on the Six Rivers National Forest 2005 Fire Plan, and included a schedule if the Agency chooses to undertake an EIS. *Id.* The Court provided that the Forest Service should notify the Court within thirty days of the Order if it is choosing to complete an EA rather than an EIS. *Id.* Since the receipt of the Order, the United States Department of Agriculture including the Forest Service has continued the internal consultation and deliberations that began after the March 10th hearing. These discussions have been informed by the Order.

Given the scope of the Court's Order and the nature of the issues to be addressed by the Agency, Defendant believes that a case management conference would be appropriate. Defendant seeks an opportunity to discuss its plans with the Court. Defendant also wishes to discuss a request for the Court to issue a final judgment, notwithstanding the Order's statement about retention of jurisdiction.

Accordingly, Defendant seeks a case management conference for May 19, 2006, or at the Court's earliest convenience.

    Respectfully Submitted,

    Sue Ellen Wooldridge
    Assistant Attorney General
    Environment and Natural Resources
     Division

    __/s/_____
    Cynthia S. Huber
    Senior Attorney
    Natural Resources Section
    Environment and Natural Resources
     Division
    U.S. Department of Justice
    P.O. Box 663
    Washington, D.C. 20044
    (202) 514-5273

    Kevin V. Ryan (SBN 118321)
    United States Attorney
    Northern District of California

Charles M. O'Connor (SBN 56320)
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
(415) 436-7180

Attorneys For Defendant

IT IS HEREBY ORDERED THAT the parties shall submit a joint updated case management conference statement by May 17, 2006. The case management conference will be held at 1:30 p.m., on May 19, 2006.

Dated: May 8, 2006



IT IS SO ORDERED
Judge Joseph C. Spero

CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2006, I caused a copy of "Defendant's Request for Case Management Conference" be served by ECF electronic filing on the following:

Deborah A. Sivas
Holly D. Gordon
Stanford Law School
Environmental Law Clinic
559 Nathan Abbott Way
Crown Quadrangle
Stanford, CA 94305

                                            ____/s/_____
                                            Cynthia S. Huber
                                            Counsel for Defendant
                                            United States Forest Service