Deborah A. Sivas   (CA Bar No. 135446)
Holly D. Gordon   (CA Bar No. 226888)
STANFORD LAW SCHOOL ENVIRONMENTAL
     LAW CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone:  (650) 725-8571
Facsimile:   (650) 723-4426

Attorneys for Plaintiffs ENVIRONMENTAL PROTECTION
INFORMATION CENTER and AMERICAN LANDS ALLIANCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER and AMERICAN LANDS ALLIANCE,<br><br>               Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>               Defendant. | Case No. C 02-2708 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE PLAINTIFF'S MOTION FOR
ATTORNEY'S FEES AND COSTS – Case No. C 02-2708 JCS

1  Plaintiffs intend to file a motion seeking attorneys fees and costs for the component of the
2  case that arose after the merits phase of the case. Defendant expects that it would oppose such
3  motion. In the interests of trying to resolve Plaintiffs' claim without the need for further
4  litigation, the parties have agreed to engage in settlement discussions regarding Plaintiffs'
5  attorneys fees and costs. Given the short turn around time provided in local rules 54-1(a) and 54-
6  6(a) for costs and fees respectively, and given the ninety (90) day time frame provided under the
7  Equal Access to Justice Act, 42 U.S.C. 2412(d)(1)(B), (d)(2)(G), the parties agree that an
8  extension of time for the filing of Plaintiffs' motion for attorneys' fees and costs is appropriate.
9  Therefore, counsel for Plaintiffs and Defendant request that this court extend the time for the
10 filing of Plaintiffs' motion up to and including October 26, 2006.

Respectfully Submitted,

_____/s/_____
Holly D. Gordon
Deborah A. Sivas
STANFORD LAW SCHOOL
    ENVIRONMENTAL LAW CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone:   (650) 725-8571
Facsimile:   (650) 723-4426

Attorneys for Plaintiffs

Sue Ellen Wooldridge
Assistant Attorney General
Environment and Natural Resources
  Division

_____/s/_____
Cynthia S. Huber
Senior Attorney
Natural Resources Section
Environment and Natural Resources
  Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044
(202) 514-5273

Kevin V. Ryan (SBN 118321)

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE PLAINTIFF'S MOTION FOR
ATTORNEY'S FEES AND COSTS – Case No. C 02-2708 JCS                                                    -1-

| | |
|---|---|
| 1 | United States Attorney |
| 2 | Northern District of California |
| 3 | Charles M. O'Connor (SBN 56320) |
|   | Assistant United States Attorney |
| 4 | Northern District of California |
|   | 450 Golden Gate Avenue |
| 5 | P.O. Box 36055 |
|   | San Francisco, CA 94102 |
| 6 | (415) 436-7180 |
| 7 | Attorneys For Defendant |

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS – Case No. C 02-2708 JCS    -2-

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that the foregoing proposed extension of time for Plaintiffs to file a motion for attorneys' fees and costs until October 26, 2006 is granted.

Dated: August 9, 2006

Judge [signature: Judge Joseph C. Spero]

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS – Case No. C 02-2708 JCS          -3-