Deborah A. Sivas   (CA Bar No. 135446)
Holly D. Gordon    (CA Bar No. 226888)
STANFORD LAW SCHOOL ENVIRONMENTAL
    LAW CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 725-8571
Facsimile:  (650) 723-4426

Attorneys for Plaintiffs ENVIRONMENTAL PROTECTION
INFORMATION CENTER and AMERICAN LANDS ALLIANCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER and AMERICAN LANDS ALLIANCE,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>　　　　　　　Defendant. | Case No. C 02-2708 JCS<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |

Plaintiffs intend to file a motion seeking attorneys' fees and costs for the component of the case that arose after the merits phase of the case. Defendant expects that it would oppose such motion. The parties are currently engaged in settlement discussions regarding Plaintiffs' attorneys fees and costs. In the interests of trying to resolve Plaintiffs' claim without the need for further litigation, counsel for Plaintiffs and Defendant request that this court extend the time for the filing of Plaintiffs' motion up to and including December 15, 2006.

Respectfully Submitted,

_____/s/_____
Holly D. Gordon
Deborah A. Sivas
STANFORD LAW SCHOOL
    ENVIRONMENTAL LAW CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone:	(650) 725-8571
Facsimile:	(650) 723-4426

Attorneys for Plaintiffs

Sue Ellen Wooldridge
Assistant Attorney General
Environment and Natural Resources
 Division

_____/s/_____
Cynthia S. Huber
Senior Attorney
Natural Resources Section
Environment and Natural Resources
 Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044
(202) 514-5273

Kevin V. Ryan (SBN 118321)
United States Attorney
Northern District of California

Charles M. O'Connor (SBN 56320)
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue
P.O. Box 36055

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

San Francisco, CA 94102
(415) 436-7180

Attorneys For Defendant

-2-

SECOND STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO EXTEND TIME TO FILE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS – Case No. C 02-2708 JCS

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the foregoing proposed extension of time for Plaintiffs to file a motion for attorneys' fees and costs until December 15, 2006 is granted.

Dated: October 23, 2006

_____
Judge Joseph C. Spero