1  Sue Ellen Wooldridge
   Assistant Attorney General
2  Environment and Natural
    Resources Division
3  U.S. Department of Justice

4  Cynthia S. Huber
   Acting Assistant Section Chief
5  Natural Resources Section
   Environment and Natural
6   Resources Division
   U.S. Department of Justice
7  P.O. Box 663
   Washington, D.C. 20044-0663
8  Telephone: 202-514-5273
   Facsimile: 202-305-0274
9  cynthia.huber@usdoj.gov

10 Kevin V. Ryan (SBN 118321)
   United States Attorney
11 Charles M. O'Connor (SBN 56320)
   Assistant United States Attorney
12 Northern District of California
   450 Golden Gate Avenue
13 San Francisco, CA 94102
   Telephone: 415-436-7180
14
   Attorneys for Defendant United
15 States Forest Service

16              IN THE UNITED STATES DISTRICT COURT

17              FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

19 ENVIRONMENTAL PROTECTION           )   Civil No. C02-2708 JCS
   INFORMATION CENTER, and            )
20 AMERICAN LANDS ALLIANCE,           )   STIPULATION TO
                                      )   EXTEND TIME TO ALLOW
21              Plaintiffs,           )   PARTIES TO FINALIZE
                                      )   AGREEMENT REGARDING
22      v.                            )   ATTORNEY'S FEES;
                                      )   [PROPOSED] ORDER
23 UNITED STATES FOREST SERVICE,      )
                                      )
24              Defendant.            )
                                      )
25

26

27

28

Stipulation/Order for Extension

The Parties have been engaged in negotiations to resolve Plaintiffs' demand for attorneys fees and costs related to the remedy phase of this proceeding. The current schedule requires the parties to file a stipulation resolving the matter or the Plaintiffs to file their memorandum in support of their claims by December 15, 2006. The parties have reached a tentative agreement to resolve this matter. Additional time is needed for the parties to obtain the necessary approvals for the agreement. Therefore, Plaintiffs and Defendant do hereby stipulate and request that the date by which the Parties shall file a stipulation resolving the demand for attorneys fees, or by which the Plaintiffs shall file their opening brief be extended to and including January 30, 2007.

Respectfully Submitted,

Sue Ellen Wooldridge
Assistant Attorney General
Environment and Natural Resources
 Division

\_\_/s/_____
Cynthia S. Huber
Senior Attorney
Natural Resources Section
Environment and Natural Resources
 Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044
(202) 514-5273
Cynthia.huber@usdoj.gov

Kevin V. Ryan (SBN 118321)
United States Attorney
Northern District of California

Charles M. O'Connor (SBN 56320)
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
(415) 436-7180

Attorneys For Defendant

/s/ (as authorized on 12/13/06)
Deborah A. Sivas (CSB No. 135446)
Holly D. Gordon
Stanford Law School
Environmental Law Clinic
559 Nathan Abbott Way
Crown Quadrangle
Stanford, CA 94305
Ph: (650) 725-4217

Attorneys for Plaintiffs ENVIRONMENTAL PROTECTION INFORMATION CENTER, and AMERICAN LANDS ALLIANCE

IT IS SO ORDERED.

Dated:   December 13, 2006

_____
Hon. J[oseph C. Spero]
Uni[ted States Magistrate Judge]

CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2006, I caused a copy of "Stipulation to Extend Time to Allow Parties to Finalize Agreement; Proposed Order" to be served by ECF electronic filing on the following:

    Deborah A. Sivas
    Holly D. Gordon
    Stanford Law School
    Environmental Law Clinic
    559 Nathan Abbott Way
    Crown Quadrangle
    Stanford, CA 94305

                                                    ____/s/_____
                                                    Cynthia S. Huber
                                                    Counsel for Defendant
                                                    United States Forest Service