1  Deborah A. Sivas   (CA Bar No. 135446)
   Holly D. Gordon    (CA Bar No. 226888)
2  STANFORD LAW SCHOOL ENVIRONMENTAL
        LAW CLINIC
3  Crown Quadrangle
   559 Nathan Abbott Way
4  Stanford, California 94305-8610
   Telephone: (650) 725-8571
5  Facsimile:  (650) 723-4426

6  Attorneys for Plaintiffs ENVIRONMENTAL PROTECTION
   INFORMATION CENTER and AMERICAN LANDS ALLIANCE

                    IN THE UNITED STATES DISTRICT COURT

                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

   ENVIRONMENTAL PROTECTION          )   Case No. C 02-2708 JCS
   INFORMATION CENTER and            )
   AMERICAN LANDS ALLIANCE,          )   **STIPULATED AGREEMENT
                                     )   AND [PROPOSED] ORDER AS
                    Plaintiffs,      )   TO ATTORNEYS' FEES AND
                                     )   COSTS**
   v.                                )
                                     )
   UNITED STATES FOREST SERVICE,     )
                                     )
                    Defendant.       )

In the interests of judicial economy, to avoid litigating a request for attorneys' fees and costs, the parties hereby stipulate and agree as follows:

1. Defendant will pay Plaintiffs a lump sum total of forty-nine thousand dollars ($49,000) in full and complete satisfaction of any and all claims for attorneys' fees and costs for the remedy portion of the above captioned matter through and including the date this stipulation is approved by the Court.  Payment shall be made within sixty (60) days of the date this stipulation is approved by the Court.  Payment in that amount shall be made to the Stanford Legal Clinic - 559 Nathan Abbott Way, Stanford, CA 94305. Nothing in this stipulation shall be interpreted as, or shall constitute, a commitment or requirement that Defendant obligate or pay funds, or take any other action in contravention of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other applicable appropriations law.

2. Plaintiffs agree that receipt of this payment from Defendant shall operate as a release of any and all claims of attorneys' fees and costs that Plaintiffs may seek to pursue in this matter through the date of this Agreement.

3. The undersigned representatives of the parties certify that they are fully authorized by the party or parties whom they represent to enter into the terms and conditions of this Stipulated Agreement and to legally bind the parties to it.

4. This Stipulated Agreement does not constitute an admission by any party to any fact, claim, or defense on any issue in this lawsuit. Nothing in this Stipulation shall be construed as an admission that the position of the Defendant in this litigation was not substantially justified.

5. This Stipulation represents the entirety of the Parties' commitments with regard to settlement.  The terms of this agreement shall become effective upon approval by the

//

//

//

Court of this Stipulated Agreement.

Respectfully Submitted,

Dated: _____/s/_____
Holly D. Gordon
Deborah A. Sivas
STANFORD LAW SCHOOL
   ENVIRONMENTAL LAW CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone:   (650) 725-8571
Facsimile:    (650) 723-4426

Attorneys for Plaintiffs

Sue Ellen Wooldridge
Assistant Attorney General
Environment and Natural Resources
  Division

  /s/ (as authorized 1/16/07)
Cynthia S. Huber
Senior Attorney
Natural Resources Section
Environment and Natural Resources
  Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044
(202) 514-5273

Kevin V. Ryan (SBN 118321)
United States Attorney
Northern District of California

Charles M. O'Connor (SBN 56320)
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
(415) 436-7180

Attorneys For Defendant

1 **[PROPOSED] ORDER**

3   IT IS HEREBY ORDERED that the foregoing proposed stipulation for attorneys' fees and costs is granted.

Dated: __January 16, 2007_____          _____
                                                                          Judge Joseph C. Spero
                                                                          United States District Court
                                                                          Northern District of California